UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:14-cv-1546- TWP-DKL |
| | ) |
| THE HUNTINGTON NATIONAL BANK a/k/a | ) |
| HUNTINGTON BANK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant The Huntington National Bank a/k/a Huntington Bank, by counsel, notifies the Court it has served its Initial Disclosures upon counsel of record, pursuant to Federal Rule of Civil Procedure 26.

**LEWIS WAGNER LLP**

By:   s\   STEPHANIE L. CASSMAN
STEPHANIE L. CASSMAN, #22206-49
NABEELA VIRJEE, #31549-49
Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, via the Court's electronic filing system, this 27th day of January 2015:

Jeffrey A. Macey
MACEY SWANSON & ALLMAN
jmacey@maceylaw.com

               s\ STEPHANIE L. CASSMAN

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
scassman@lewiswagner.com
nvirjee@lewiswagner.com