UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01546-TWP-DKL |
| ) | |
| THE HUNTINGTON NATIONAL BANK ) | |
| also known as HUNTINGTON BANK, ) | |
| ) | |
| Defendant. ) | |

### ENTRY FROM SETTLEMENT CONFERENCE
### APRIL 28, 2015
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

Parties appeared for a settlement conference. Plaintiff appeared in person and by counsel, Jeffrey Macey. Defendant appeared by representatives, Bill Post and Brian Burrell, and by counsel, Stephanie Cassman. Conference concluded and matter is now resolved.

Date: 04/28/2015

*Denise LaRue* (signature)

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Stephanie Lynn Cassman
LEWIS WAGNER LLP
scassman@lewiswagner.com

Nabeela Virjee
LEWIS WAGNER LLP
nvirjee@lewiswagner.com

Jeffrey A. Macey
MACEY SWANSON & ALLMAN
jmacey@maceylaw.com